| | |
|---|---|
| JAMES C. OTTESON, SBN 157781<br>DAVID A. CAINE, SBN 218074<br>THOMAS T. CARMACK, SBN 229324<br>AGILITY IP LAW, LLP<br>1900 University Circle, Suite 201<br>East Palo Alto, CA  94303<br>Telephone:   (650) 227-4800<br>Facsimile:    (650) 318-3483<br>Email:  tom@agilityiplaw.com<br><br>ROBERT H. STIER, JR.,<br>(admitted *pro hac vice*)<br>MARGARET MINISTER O'KEEFE<br>(admitted *pro hac vice*)<br>PIERCE ATWOOD LLP<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, ME 04101<br>Telephone:     (207) 791-1100<br>Facsimile:      (207) 791-1350<br>Email: rstier@pierceatwood.com<br><br>Attorneys for Plaintiff and Counterclaim Defendant CATALYST ASSETS LLC | TERRY KEARNEY, SBN 160054<br>SCOTT R. CARTER, SBN 246590<br>MICHAEL R. SERINGHAUS, SBN 274848<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: 650-328-4600<br>Facsimile: 650-463-2600<br>Email: terry.kearney@lw.com<br><br>BRADFORD PAUL SCHMIDT, SBN 174440<br>Life Technologies Corporation<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br>Telephone: 760-603-7200<br>Facsimile: 760-476-6048<br>Email: bradford.schmidt@lifetech.com<br><br>KATHERINE NOLAN-STEVAUX,<br>SBN 244950<br>Life Technologies Corporation<br>850 Lincoln Centre Drive<br>Foster City, CA 94404<br>Telephone: 650-554-3584<br>Facsimile: 650-554-2885<br>katherine.nolan-stevaux@lifetech.com<br><br>Attorneys for Defendant and Counterclaimant<br>LIFE TECHNOLOGIES CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALYST ASSETS LLC,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>    v.<br><br>LIFE TECHNOLOGIES CORPORATION,<br><br>    Defendant and Counterclaimant. | CASE NO.: 11-CV-3537 SBA<br><br>**JOINT STIPULATION TO STAY CASE PENDING REEXAMINATION**<br><br>Date:         February 28, 2011<br>Time:        1:00 PM<br>Place:       Courtroom 1, 4th Floor |

JOINT STIPULATION TO STAY CASE PENDING REEXAMINATION
CASE NO.:  11-CV-3537 SBA

1.   WHEREAS, on July 19, 2011, Catalyst Assets LLC ("Catalyst") filed the complaint (D.I. 1) in this action against Life Technologies Corporation ("Life Tech").

2.   WHEREAS, on September 29, 2011, Life Tech filed a Request for *Ex Parte* Reexamination of U.S. Patent No. 5,858,731 ("'731 patent") with the United States Patent and Trademark Office ("PTO");

3.   WHEREAS, on October 12, 2011, Life Tech filed a Motion to Stay Pending Reexamination (D.I. 26), on October 26, 2011, Catalyst filed an Opposition to Life Tech's Motion to Stay (D.I. 36), on November 2, 2011, Life Tech filed its Reply in Support of its Motion to Stay (D.I. 37), and on February 28, 2012 the Court will hear argument on Life Tech's Motion to Stay Pending Reexamination (D.I. 28);

4.   WHEREAS, on December 2, 2011, the PTO granted Life Tech's Request for Reexamination (*see* D.I. 38); and

5.   WHEREAS the parties hereby stipulate that:

   a.   Catalyst will withdraw its opposition to Life Tech's motion to stay this case pending the requested reexamination;

   b.   Both parties agree that Life Tech's motion to stay this case pending the requested reexamination should be disposed of as set forth in Proposed Order Granting Defendant Life Technologies' Motion to Stay Pending Reexamination of Patent-In-Suit (D.I. 26-3) attached on page 4 of this stipulation; and

   c.   Both parties agree that except as expressly provided herein, nothing herein impairs or diminishes any claim, right, remedy, or defense of either party.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and counterclaim defendant, Catalyst Assets LLC, and defendant and counterclaimant, Life Technologies Corporation, by and through their respective undersigned attorneys, subject to

{W2916486.2}

2

JOINT STIPULATION TO STAY CASE PENDING REEXAMINATION
CASE NO.:  11-CV-3537 SBA

the approval of the Court, that all proceedings in this case be stayed pending final exhaustion of the requested reexamination of the of '731 patent, including any appeals.

Dated:  February 22, 2012        /s/ Robert H. Stier, Jr.
Robert H. Stier, Jr.

Attorney for Plaintiff and Counterclaim Defendant
CATALYST ASSETS LLC

Dated:  February 22, 2012        /s/ Katherine Nolan-Stevaux
Katherine Nolan-Stevaux
Attorney for Defendant and Counterclaimant
LIFE TECHNOLOGIES CORPORATION

### CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45, I, [name], attest that the above signatories for the Defendant have concurred and consented to the filing of this document.

Dated:  February 22, 2012        /s/ Katherine Nolan-Stevaux
Katherine Nolan-Stevaux

1 **ORDER**IT IS HEREBY ORDERED THAT:

2     1. The Joint Stipulation to Stay Case Pending Reexamination is GRANTED. This action is STAYED pending final exhaustion of the requested reexamination proceeding, including any appeals.[1]

5     2. The Clerk shall ADMINISTRATIVELY CLOSE this matter.

6     3. The parties are instructed to submit status reports to the Court every six months, apprising the Court of the status of the requested reexamination proceeding. The parties are advised that the failure to submit such status reports could result in dismissal of this matter.

9     4. Upon final exhaustion of the requested reexamination proceeding, including any appeal, the parties shall jointly submit to the Court, within one week, a letter indicating that all appeals have been exhausted, and requesting that this matter be reopened and a case management conference be scheduled.

13     5. This Order terminates Docket 26.

IT IS SO ORDERED.

Dated: _2/21/12

                                                                  HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

---

[1] While the Court orders this action stayed pending final exhaustion of the requested reexamination proceeding, this Order does not foreclose any party from moving to reopen this action prior to completion of the reexamination proceeding upon a showing of compelling circumstances.

{W2916486.2}

4

JOINT STIPULATION TO STAY CASE PENDING REEXAMINATION
CASE NO.: 11-CV-3537 SBA